**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 12-CV-2518-RPM

MARVIN SCHWARTZ and
GINA SCHWARTZ

      Plaintiffs,
vs.

UNITED RAILROAD SERVICES COMPANY,

      Defendant(s).

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND**
**REBUTTAL OPINIONS DEADLINE BY TWO WEEKS**

---

      This matter having come before the Court on plaintiffs' unopposed motion to extend the rebuttal opinions deadline by two weeks, and the Court having reviewed the motion and being fully advised in the premises hereby

      ORDERS that plaintiffs' motion is GRANTED. The deadline to file rebuttal opinions is extended from May 31, 2013, to June 14, 2013.

Dated: May 30th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge