**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 12-CV-2518-RPM

MARVIN SCHWARTZ and
GINA SCHWARTZ

      Plaintiffs,

vs.

UNITED RAILROAD SERVICES COMPANY,

      Defendant(s).

_____

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY**
**CUTOFF FOR REQUESTS FOR ADMISSION REGARDING**
**MEDICAL BILLS ONLY**

_____

      This matter having come before the Court on plaintiffs' unopposed motion to extend the discovery cutoff for requests for admission regarding medical bills only, and the Court having reviewed the motion and being fully advised in the premises hereby ORDERS that plaintiffs' motion is GRANTED. The discovery cutoff date for requests for admission regarding medical bills only, has been extended from July 1, 2013, to July 31, 2013.

      Dated: May 30th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge