IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02518-RPM

MARVIN SCHWARTZ and
GINA SCHWARTZ,

    Plaintiffs,

v.

UNITED RAILROAD SERVICES COMPANY,

    Defendant.

_____

ORDER DECLARING MOTION MOOT
_____

On June 14, 2013, the plaintiff filed a motion to strike regarding defendant's expert witness Holli L. Merchant and on July 12, 2013, the defendant confessed the motion and, accordingly, it is

ORDERED that the motion [32] is moot.

Dated:   July 15th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge