# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: August 21, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 12-cv-02518-RPM

MARVIN SCHWARTZ and                                          James E. Fitzgerald
GINA SCHWARTZ,

    Plaintiffs,

v.

UNITED STATES RAILROAD SERVICES COMPANY,            Michael J. Decker
                                                    Michael P. Kane
    Defendant.

---

## COURTROOM MINUTES
---

**Pretrial Conference**

**1:50 p.m.    Court in session.**

Counsel inform the Court that mediation is scheduled for September 30, 2013.

Counsel state they have not ascertained David Wright's whereabouts but defendant has hired an investigator to help locate him.

Mr. Fitzgerald states Adams Trucking is based in Nebraska.

Court states its trial video deposition procedure (submit 1 transcript, highlight plaintiff's designations in yellow, defendant's in blue and objections in red in columns).

Discussion regarding defendant's motion to preclude [39].

**ORDERED:   Defendant United Railroad Services Company's Motion to Preclude Any Reference to or Evidence of Plaintiff Marvin Schwartz's Impairment Rating [39], is granted in part and denied in part as follows: final rating is excluded but exams and tests supporting final rating permitted and Court will give a jury instruction regarding plaintiff's workers compensation.**

Discussion regarding experts.
Counsel agree to confer and stipulate to plaintiff's substitute expert (crane magnet).

Discussion regarding medical bills.
Counsel agree to confer and stipulate to medical bills (summary).

**ORDERED:   7 day jury trial scheduled January 6, 2014.
            Pretrial order signed.**

**2:13 p.m.   Court in recess.**     Hearing concluded.  Total time: 23 min.