IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02518-RPM

MARVIN SCHWARTZ and
GINA SCHWARTZ,

    Plaintiffs,

v.

UNITED RAILROAD SERVICES COMPANY,

    Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **January 6, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated:  August 21st, 2013

                        BY THE COURT:

                        s/Richard P.Matsch

                        _____

                        Richard P. Matsch, Senior District Judge