IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02518-RPM

MARVIN SCHWARTZ and
GINA SCHWARTZ

      Plaintiff(s),

v.

UNITED RAILROAD SERVICES COMPANY,

      Defendant(s),

___

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE
___

The Court, having reviewed the Stipulation for Dismissal with Prejudice between Plaintiffs Marvin Schwartz and Gina Schwartz and Defendant United Railroad Services Company, hereby

ORDERS that all claims by Plaintiffs against Defendant in this action are dismissed with prejudice. Each party will bear their own respective attorney fees and costs.

Dated this 25th day of November, 2013.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge